UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAREY ROSE-WALTERS,<br><br>             Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>             Defendant. | No. 11-CV-3107-JPH<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION, DIRECTING ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR, AND CLOSING FILE** |

Magistrate Judge Hutton entered a Report and Recommendation on February 28, 2013, recommending Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied. ECF No. 20. No objection was filed. Therefore, the Court adopts the Report and Recommendation analysis and conclusions, and directs entry of judgment in Plaintiff's favor. An application for attorney fees may be filed by separate motion.

Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation is **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment**, ECF No. 13,** is **GRANTED**. The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).
3. Defendant's Motion for Summary Judgment, **ECF No. 16**, is **DENIED.**

REPORT AND RECOMMENDATION -1

```
 1        4.   Judgment shall be entered for Plaintiff.
 2        5.   The file shall be **CLOSED**.
 3        **IT IS HEREBY ORDERED**.  The Clerk's Office is directed to file
 4   this Order and provide a copy to counsel.
 5        **DATED** this   20th    day of March 2013.
 6
 7                            s/ Edward F. Shea
                             EDWARD F. SHEA
 8                      United States District Judge
```

27        Q:\EFS\Civil\2011\Rose-Walters 11-3107-jph.R&Rorder.wpd

REPORT AND RECOMMENDATION -2